# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20-00250-01-CR-W-GAF |
| ) | |
| GREGORY A RENFRO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On April 14, 2022, defense counsel filed a Motion for Determination of Competency (Doc. #49) requesting that the Court order a psychiatric examination of defendant in order to assess defendant's mental ability to understand the proceedings presently pending against him and to properly assist his counsel in his own defense. On April 18, 2022, the Court ordered that Defendant undergo a psychiatric or psychological examination pursuant to 18 U.S.C. § 4241(b) and § 4247(b) to assist the Court in making a determination as to defendant's competency.

Defendant was evaluated on May 5, June 8 and June 13, 2022 by Jessica Micono, Psy.D., Forensic Psychologist. On July 1, 2022, a Forensic Evaluation regarding Defendant was filed with the Court. (Doc. #55.)

On July 21, 2022, a competency hearing was held before United States Magistrate Judge W. Brian Gaddy. Defendant appeared with counsel, P.J. O'Connor. The Government was represented by Assistant United States Attorney Joseph Marquez. The parties stipulated to the Forensic Psychological Report prepared by Jessica Micono, Psy.D., Forensic Psychologist. No additional evidence was offered.

1

On August 3, 2022, United States Magistrate Judge W. Brian Gaddy issued his Report and Recommendation (Doc. #60).

Upon careful and independent review of the record, as well as the applicable law, and there being no objections filed to the Report and Recommendation, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge W. Brian Gaddy.

Accordingly, it is

ORDERED that Defendant Gregory A. Renfro is not currently suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceedings against him or assisting in his defense.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: August 23, 2022