IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 20-00250-01-CR-W-GAF |
| | ) |
| GREGORY A RENFRO, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now pending before the Court is Defendant Gregory A. Renfro's Motion for Leave to File Out of Time (Doc. #82) in which Defendant requests leave to file motions to dismiss and to suppress out of time. The Government filed its Suggestions in Opposition to Defendant's motion (Doc. #84). No reply suggestions were filed.

On February 28, 2023, United States Magistrate Judge W. Brian Gaddy issued his Report and Recommendation (Doc. #91).

Defendant filed Objections to the Report and Recommendation (Doc. #100).

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge W. Brian Gaddy.

Accordingly, it is

ORDERED that Defendant Gregory A. Renfro's Motion for Leave to File Out of Time (Doc. #82) is DENIED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: March 14, 2023